**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

Michael Hamilton Lopez Bonilla

Plaintiffs,

v.

PPM Landscaping, LLC

Defendant.

Case No. 7:23-CV-3889

**DEFAULT JUDGMENT**

This matter coming to be heard on Plaintiff's Motion For Default Judgment (Docket Nos. 19-21) (collectively, the "Motion"), all parties having notice, and the Court being fully advised in the premises:

The Court having determined that Defendant was duly served with process (*See* Docket No. 19-3); the Clerk having previously entered a default against Defendant (*See* Docket No. 19-4); an Order to Show Cause For Default Judgment having been entered against Defendant (*See* Docket No. 23); the Order to Show Cause For Default Judgment having been served on Defendant on July 30, 2026 (*See* Docket No. 24); and Plaintiff having property submitted affidavits of proof in support of his claims; the Motion is granted and Default Judgment shall be entered against Defendant for the following amounts:

(1) $9,534.00 in unpaid wages, and $9,534.00 in liquidated damages, representing Plaintiff's recovery for Counts I and II of the Complaint;

(2) $5,000.00 in statutory damages representing Plaintiff's recovery for Defendant's violation of the New York Labor Laws, as alleged in County III of the Complaint; and

(3) $5,000.00 in statutory damages representing Plaintiff's recovery for Defendant's violation of the New York Labor Laws, as alleged in County IV of the Complaint.

The total amount is: $29,068.00. Additionally, Plaintiff is awarded reasonable attorney's fees and costs of $3,466.00, for a total judgment amount of $32,534.00 This is a final and appealable order, and the case is closed.

ENTERED:

Judge Nelson Stephen Roman

Date: 9/16/2026